BEFORE THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Nelson L. Bruce<br><br>Appellants(s)<br><br>v.<br><br>BANK OF AMERICA, N.A., a/k/a Bank of America,<br><br>Appellee(s) | Case No.: 22-1431<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Appellant Nelson L. Bruce and Appellee Bank of America, N.A., a/k/a Bank of America, by and through undersigned counsel, have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice of all claims alleged against Appellee Bank of America, N.A. a/k/a Bank of America in this action within 30 days once the terms of settlement have been fulfilled.

This is the 23rd day of May 2022.

/s/ _____
T. Richmond McPherson, III
(Fed. Bar No. 11214)
rmcpherson@mcguirewoods.com
MCGUIREWOODS LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Tel. (704) 343-2038
Fax. (704) 444-8783

**ATTORNEYS FOR APPELLEE(S)**

BEFORE THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Nelson L. Bruce<br><br>Appellants(s)<br><br>v.<br><br>BANK OF AMERICA, N.A., a/k/a Bank of America,<br><br>Appellee(s) | Case No.: 22-1431<br><br>**NOTICE OF SETTLEMENT** |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2022, the foregoing Notice of Settlement was filed via the court's CM/ECF system and served by First Class U.S. Mail with postage prepaid upon the following:

Nelson L. Bruce
144 Pavilion Street
Summerville, SC 29483

*Pro Se Appellant*

/s/  T. R. McP
T. Richmond McPherson III (Fed. ID #11214)

2