## BEFORE THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Nelson L. Bruce <br><br> Appellants(s) <br><br> v. <br><br> BANK OF AMERICA, N.A., a/k/a Bank of America, <br><br> Appellee(s) | Case No.: 22-1431 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to F.R.A.P. 42(b), Appellant Nelson L. Bruce and Appellee Bank of America, N.A., by and through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, with each party bearing his or their own attorneys' fees and costs, except Appellee Bank of America, N.A. has agreed to pay the mediator fee owed by Mr. Nelson L. Bruce. This shall conclude the matter.

This is the 2nd day of June 2022.

*/s/ Nelson L. Bruce*
Nelson L. Bruce
144 Pavilion Street
Summerville, SC 29483

**PRO SE APPELLANT(S)**

*/s/ T.R. McP*
T. Richmond McPherson, III
(Fed. Bar No. 11214)
rmcpherson@mcguirewoods.com
MCGUIRE WOODS LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Tel. (704) 343-2038
Fax. (704) 444-8783

**ATTORNEYS FOR APPELLEE(S)**

**BEFORE THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| Nelson L. Bruce<br><br>Appellants(s)<br><br>v.<br><br>BANK OF AMERICA, N.A., a/k/a Bank of America,<br><br>Appellee(s) | Case No.: 22-1431<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2022, the foregoing *Stipulation of Dismissal with Prejudice* was filed via the court's CM/ECF system and served by First Class U.S. Mail with postage prepaid upon the following:

Nelson L. Bruce
144 Pavilion Street
Summerville, SC 29483

*Pro Se Appellant*

T. Richmond McPherson III (Fed. ID #11214)